UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BROADCAST MUSIC, INC.; HOUSE OF CASH, INC.; PAUL SIMON MUSIC; SHIRLEY EIKHARD USA MUSIC; EMI BLACKWOOD MUSIC INC.; COUNTING CROWS, LLC d/b/a JONES FALLS MUSIC; SONGS OF UNIVERSAL, INC.; UNIVERSAL MUSIC-Z TUNES, LLC d/b/a UNIVERSAL MUSIC Z SONGS; SHROOM SHADY MUSIC; HOTEL BRAVO MUSIC; M SHOP PUBLISHING, A DIVISION OF MACHINE SHOP PUBLISHING, LLC; MCMOORE MCLESST PUBLISHING, <br><br>Plaintiffs, <br><br>v. <br><br>DWB CORPORATION d/b/a ROONEY'S; DEAN DAVIS, CHRISTOPHER NARA and LEAH BOERSEMA, each individually, <br><br>Defendants. | No. <br><br>**COMPLAINT** |

COMPLAINT - 1

4848-2422-7347.01
64475.00011

Riddell Williams P.S.
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
206.624.3600

Plaintiffs, by their attorneys, for their Complaint against Defendants, allege as follows (on knowledge as to Plaintiffs; otherwise on information and belief):

## JURISDICTION AND VENUE

1. This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. §§101 *et seq.* (the "Copyright Act"). This Court has jurisdiction pursuant to 28 U.S.C. § 1338(a).

2. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1400(a).

## THE PARTIES

3. Plaintiff Broadcast Music, Inc. ("BMI") is a corporation organized and existing under the laws of the State of New York. BMI's principal place of business is 7 World Trade Center, 250 Greenwich Street, New York, New York 10007. BMI has been granted the right to license the public performance rights in approximately 7.5 million copyrighted musical compositions (the "BMI Repertoire"), including those which are alleged herein to have been infringed.

4. The Plaintiffs, other than BMI, are the owners of the copyrights in the musical compositions, which are the subject of this lawsuit. All Plaintiffs are joined pursuant to Fed.R.Civ.P. 17(a) and 19(a).

5. Plaintiff House of Cash, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

6. Plaintiff Paul Simon Music is a sole proprietorship owned by Paul Simon. This Plaintiff is the copyright owner of at least one of the songs in this matter.

7. Plaintiff Shirley Eikhard USA Music is a sole proprietorship owned by Shirley Eikhard. This Plaintiff is the copyright owner of at least one of the songs in this matter.

8. Plaintiff EMI Blackwood Music Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

9. Plaintiff Counting Crows, LLC is a limited liability company d/b/a Jones Falls

COMPLAINT - 2

4848-2422-7347.01
64475.00011

Riddell Williams P.S.
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
206.624.3600

Music. This Plaintiff is the copyright owner of at least one of the songs in this matter.

10. Plaintiff Songs of Universal, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

11. Plaintiff Universal Music-Z Tunes, LLC is a limited liability company d/b/a Universal Music-Z Songs. This Plaintiff is the copyright owner of at least one of the songs in this matter.

12. Plaintiff Shroom Shady Music is a sole proprietorship owned by Marshall B. Mathers III. This Plaintiff is the copyright owner of at least one of the songs in this matter.

13. Plaintiff Hotel Bravo Music is a sole proprietorship owned by Holly B. Hafermann. This Plaintiff is the copyright owner of at least one of the songs in this matter.

14. Plaintiff M Shop Publishing, a division of Machine Shop Publishing, LLC is a limited liability company. This Plaintiff is the copyright owner of at least one of the songs in this matter.

15. Plaintiff McMoore McLesst Publishing is a partnership owned by Daniel Quine Auerbach and Patrick James Carney. This Plaintiff is the copyright owner of at least one of the songs in this matter.

16. Defendant DWB Corporation is a corporation organized and existing under the laws of the state of Washington, which operates, maintains and controls an establishment known as Rooney's, located at 17626 140th Avenue Northeast, Woodinville, Washington 98072, in this district (the "Establishment").

17. In connection with the operation of the Establishment, Defendant DWB Corporation publicly performs musical compositions and/or causes musical compositions to be publicly performed.

18. Defendant DWB Corporation has a direct financial interest in the Establishment.

19. Defendant Dean Davis is an officer of Defendant DWB Corporation with

COMPLAINT - 3

4848-2422-7347.01
64475.00011

Riddell Williams P.S.
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
206.624.3600

primary responsibility for the operation and management of that corporation and the Establishment.

20. Defendant Dean Davis has the right and ability to supervise the activities of Defendant DWB Corporation and a direct financial interest in that corporation and the Establishment.

21. Defendant Christopher Nara is an officer of Defendant DWB Corporation with primary responsibility for the operation and management of that corporation and the Establishment.

22. Defendant Christopher Nara has the right and ability to supervise the activities of Defendant DWB Corporation and a direct financial interest in that corporation and the Establishment.

23. Defendant Leah Boersema is an officer of Defendant DWB Corporation with primary responsibility for the operation and management of that corporation and the Establishment.

24. Defendant Leah Boersema has the right and ability to supervise the activities of Defendant DWB Corporation and a direct financial interest in that corporation and the Establishment

## CLAIMS OF COPYRIGHT INFRINGEMENT

25. Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 24.

26. Plaintiffs allege six (6) claims of willful copyright infringement, based upon Defendants' unauthorized public performance of musical compositions from the BMI Repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts. Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendants.

COMPLAINT - 4
4848-2422-7347.01
64475.00011

Riddell Williams P.S.
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
206.624.3600

27. Annexed to this Complaint as a schedule (the "Schedule") and incorporated herein is a list identifying some of the many musical compositions whose copyrights were infringed by Defendants. The Schedule contains information on the six (6) claims of copyright infringement at issue in this action. Each numbered claim has the following eight lines of information (all references to "Lines" are lines on the Schedule): Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 identifying the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the copyright registration number(s) for the musical composition; Line 7 showing the date(s) of infringement; and Line 8 identifying the Establishment where the infringement occurred.

28. For each musical composition identified on the Schedule, the person(s) named on Line 3 was the creator of that musical composition.

29. For each work identified on the Schedule, on or about the date(s) indicated on Line 5, the publisher(s) named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the number(s) listed on Line 6.

30. For each work identified on the Schedule, on the date(s) listed on Line 7, Plaintiff BMI was (and still is) the licensor of the public performance rights in the musical composition identified on Line 2. For each work identified on the Schedule, on the date(s) listed on Line 7, the Plaintiff(s) listed on Line 4 was (and still is) the owner of the copyright in the respective musical composition listed on Line 2.

31. For each work identified on the Schedule, on the date(s) listed on Line 7, Defendants publicly performed and/or caused to be publicly performed at the Establishment the musical composition identified on Line 2 without a license or permission

COMPLAINT - 5

4848-2422-7347.01
64475.00011

Riddell Williams P.S.
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
206.624.3600

to do so. Thus, Defendants have committed copyright infringement.

32. The specific acts of copyright infringement alleged in the Complaint, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage. By continuing to provide unauthorized public performances of works in the BMI Repertoire at the Establishment, Defendants threaten to continue committing copyright infringement. Unless this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

WHEREFORE, Plaintiffs pray that:

(I) Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. § 502;

(II) Defendants be ordered to pay statutory damages, pursuant to 17 U.S.C. § 504(c);

(III) Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. § 505; and

(IV) Plaintiffs have such other and further relief as is just and equitable.

DATED this 15th day of April, 2013.

RIDDELL WILLIAMS P.S.

By: /s/ Jayson W. Sowers
Jayson W. Sowers, WSBA #27618

By: /s/ Bryan J. Case
Bryan J. Case, WSBA #41781
Attorneys for Plaintiffs

COMPLAINT - 6
4848-2422-7347.01
64475.00011

Riddell Williams P.S.
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
206.624.3600

# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Folsom Prison a/k/a Folsom Prison Blues |
| Line 3 | Writer(s) | John R. Cash a/k/a Johnny Cash |
| Line 4 | Publisher Plaintiff(s) | House of Cash, Inc. |
| Line 5 | Date(s) of Registration | 2/13/84    1/13/83    9/14/56    EU 418371 |
| Line 6 | Registration No(s). | RE 196-295    RE 153-380    Ep 102326    11/30/55 |
| Line 7 | Date(s) of Infringement | 01/17/2013 |
| Line 8 | Place of Infringement | Rooney's |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Me And Julio Down By The Schoolyard |
| Line 3 | Writer(s) | Paul Simon |
| Line 4 | Publisher Plaintiff(s) | Paul Simon, an individual d/b/a Paul Simon Music |
| Line 5 | Date(s) of Registration | 11/15/71 |
| Line 6 | Registration No(s). | Eu 292677 |
| Line 7 | Date(s) of Infringement | 01/17/2013 |
| Line 8 | Place of Infringement | Rooney's |

| Line 1 | Claim No. | 3 | |
|---|---|---|---|
| Line 2 | Musical Composition | Something To Talk About AKA Let's Give Them Something To Talk About | |
| Line 3 | Writer(s) | Shirley Eikhard | |
| Line 4 | Publisher Plaintiff(s) | Shirley Rose Eikhard, an individual d/b/a Shirley Eikhard USA Music; EMI Blackwood Music Inc. | |
| Line 5 | Date(s) of Registration | 3/17/88 | |
| Line 6 | Registration No(s). | PAu 1-069-584 | |
| Line 7 | Date(s) of Infringement | 01/16/2013 | |
| Line 8 | Place of Infringement | Rooney's | |

| Line 1 | Claim No. | 4 | |
|---|---|---|---|
| Line 2 | Musical Composition | Long December | |
| Line 3 | Writer(s) | Adam F. Duritz | |
| Line 4 | Publisher Plaintiff(s) | EMI Blackwood Music, Inc.; Counting Crows, LLC d/b/a Jones Falls Music | |
| Line 5 | Date(s) of Registration | 11/25/96 | 11/24/97 |
| Line 6 | Registration No(s). | PA 818-682 | PA 880-969 |
| Line 7 | Date(s) of Infringement | 01/16/2013 | |
| Line 8 | Place of Infringement | Rooney's | |

| | | |
|---|---|---|
| Line 1 | Claim No. | 5 |
| Line 2 | Musical Composition | Love The Way You Lie |
| Line 3 | Writer(s) | Marshall B. Mathers III; Alexander Grant; Holly Hafermann |
| Line 4 | Publisher Plaintiff(s) | Songs of Universal, Inc.; Universal Music-Z Tunes, LLC d/b/a Universal Music Z Songs; Marshall B. Mathers III, an individual d/b/a Shroom Shady Music; Holly B. Hafermann, an individual d/b/a Hotel Bravo Music; M Shop Publishing, A Division of Machine Shop Publishing, LLC |
| Line 5 | Date(s) of Registration | 3/9/11 |
| Line 6 | Registration No(s). | PA 1-730-976 |
| Line 7 | Date(s) of Infringement | 01/16/2013 |
| Line 8 | Place of Infringement | Rooney's |

| | | |
|---|---|---|
| Line 1 | Claim No. | 6 |
| Line 2 | Musical Composition | Howlin' For You |
| Line 3 | Writer(s) | Dan Auerbach; Patrick Carney |
| Line 4 | Publisher Plaintiff(s) | Daniel Quine Auerbach and Patrick James Carney, a partnership d/b/a McMoore McLesst Publishing |
| Line 5 | Date(s) of Registration | 6/1/10 |
| Line 6 | Registration No(s). | PA 1-698-031 |
| Line 7 | Date(s) of Infringement | 01/16/2013 |
| Line 8 | Place of Infringement | Rooney's |